**BAILLY AND McMILLAN, LLP**
ATTORNEYS AT LAW
707 WESTCHESTER AVENUE, SUITE 405
WHITE PLAINS, NEW YORK 10604-2919
BandMLaw.com
TELEPHONE: (914) 684-9100
TELEFAX: (914) 684-9108

JOHN J. BAILLY
KEITH J. McMILLAN
RICHARD DePONTO

ᴀ ALSO MEMBER N.J. Bar
\* ALSO MEMBER C.T. BAR
■ALSO MEMBER P.A. BAR

OF COUNSEL
JOHN M. PERONE,
Retired Judge of the Supreme Court
of the State of New York
ANTHONY J. CENTONE ᴀ■
THOMAS E. GORMAN
ELLEN STEWART, MD
STEWART A. McMILLAN*

November 4, 2024

**Via ECF**
United States District Court Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Shana Wall v. American Airlines, Inc.**
   **Case No.: 1:24-cv-07008**

Dear Judge Cote:

This firm represents the plaintiff in the above referenced case.

I am writing to request an adjournment of the initial pretrial conference, currently scheduled for Friday, November 15, 2024 at 2:30 P.M. I am the principal trial counsel of behalf of the plaintiff, however I have a personal engagement that would prevent me from being able to attend the conference in person at that date and time.

I have spoken to counsel for the defendant, who has graciously consented to the adjournment. The parties have conferred and are available on the following Fridays: December 13, 2024, January 24, 2025 and January 31, 2025.

Thank you in advance for any courtesies you can extend.

Respectfully submitted,

John Bailly

RD
cc:
Counsel of record: via e-filing

*[Handwritten note: The conference is adjourned to December 13 at 2:00 p.m.*
*Denise Cote*
*11/4/24]*